IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**ROBERT CARMELO TORRE,**                           06-CV-1333-HU

        **Plaintiff,**                        ORDER

v.

**STATE OF OREGON, TED
KULONGOSKI, HARDY MYERS,
and PAUL BURGETT,**

        **Defendants.**


**ROBERT TORRE**
P.O. Box 307
Santa Cruz, CA  95061

        Plaintiff, *Pro Se*

**HARDY MYERS**
Attorney General
**JACQUELINE SADKER**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

        Attorneys for Defendants


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#14) on April 9, 2007, in which he recommended the Court grant Defendants' Motion to Dismiss (#11). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#14) and, accordingly, **GRANTS** Defendants' Motion

2 - ORDER

to Dismiss (#11).

    IT IS SO ORDERED.

    DATED this 5th day of June, 2007.

    /s/ Anna J. Brown

    _____
    ANNA J. BROWN
    United States District Judge

3 - ORDER